Haluk Savci, Esq.
Mason Tender District Council
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS        :
DISTRICT COUNCIL WELFARE FUND,        :
PENSION FUND, ANNUITY FUND, and       :
TRAINING PROGRAM FUND                 :
                                      :
                and                   :       Civil Action
                                      :       No. –
                                      :
ROBERT BONANZA, as Business Manager   :
of the MASON TENDERS DISTRICT COUNCIL :       ECF CASE
OF GREATER NEW YORK,                  :
                       Plaintiffs,    :       RULE 7.1 Statement
                                      :
          -against-                   :
                                      :
MILLENIUM MASONRY, INC.               :
                                      :
                       Defendants.    :
--------------------------------------------------------------x



   Plaintiffs, Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Mason Tenders District Council of Greater New York, hereby certify that they have no parent corporations nor does any publicly held company own 10% or more of their stock.

Dated: New York, NY
      June 10, 2008

                                                Respectfully submitted,

By:     _____
           Haluk Savci (HS 0853)
           Mason Tenders District Council
           Of Greater New York
           520 Eighth Avenue, Suite 650
           New York, NY
           (212) 452-9407