Form 19 - SECRETARY OF STATE - 306

**MASON TENDERS DISTRICT COUNCIL**
**ATTN: LAUREN DEAN**

| U.S.SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

---

TURSTEES OF THE MASON TENDERS   plaintiff
DISTRICT COUNCIL WELFARE FUND, ETAL
- against -

MILLENIUM MASONRY, INC.   defendant

Index No. **08 CIV5314**

Date Filed ............

Office No.

Court Date:  / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.   That on the
**25th   of July,  2008 at  09:20 am**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT**
UPON: **MILLENNIUM MASONRY INC. S/H/A MILLENIUM MASONRY, INC.**
**the DEFENDANT** in this action, by delivering to and leaving with
**DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

SEX: **FEMALE**       COLOR: **WHITE**       HAIR: **BLONDE**
APP. AGE: **35**      APP. HT: **5:5**       APP. WT: **130**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
30th   DAY OF  July  2008sr

BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

STEVE AVERY
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3MTDC140388